DEL MONTE DUNES AT MONTEREY, LTD., et al., Plaintiff–Appellee,

v.

CITY OF MONTEREY, Defendant–Appellant.

DEL MONTE DUNES AT MONTEREY, LTD., and Monterey–Del Monte Dunes Corporation, Plaintiffs–Appellants,

v.

CITY OF MONTEREY, Defendant–Appellee.

Nos. 94–16248, 94–16313.

United States Court of Appeals, Ninth Circuit.

June 26, 1997.

Before: WALLACE and LEAVY, Circuit Judges, and BAIRD, * District Judge.

The petition for rehearing is granted. No further briefing is required. The parties shall be prepared to argue, for no more than 20 minutes per side, the following issue:

Whether the jury, rather than the judge, can decide if the City of Monterey's actions substantially advanced a public purpose. (See part IIIB. of our opinion.)

Arguments shall be held in San Fransisco on August 6, 1997, at 10:00 a.m. The parties shall direct any further questions to the Clerk of the Court.